# United States Court of Appeals
# For the Federal Circuit

INTELLECTUAL TECH LLC,
*Appellant*

*v.*

ZEBRA TECHNOLOGY CORPORATION,
*Appellee*

2022-2207

**Appeal from the United States District Court for the Western District of Texas,**
Case No. 6:19-cv-00628-ADA

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

| | |
|---|---|
| Timothy J.H. Craddock | COUNSEL FOR APPELLANT |
| GARY R. SORDEN | INTELLECTUAL TECH LLC |
| COLE SCHOTZ, P.C. | |
| 901 Main Street, Suite 4120 | |
| Dallas, Texas 75202 | |

# CERTIFICATE OF INTEREST

Counsel for Appellant Intellectual Tech LLC certifies the following:

1. The full name of every party or amicus represented by me is:

   Intellectual Tech LLC

2. The names of the real parties in interest represented by me are:

   Intellectual Tech LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Intellectual Tech LLC's parent company is OnAsset Intelligence, Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

COLE SCHOTZ, P.C.: Aaron Davidson, Brian L. King, James R. Perkins, Vishal Patel, Niky R. Bagley, Gary R. Sorden, Timothy J.H. Craddock.

5. Other than the originating case number(s), the title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.

No other case is pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal.

6. All information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases.

The instant appeal is neither a criminal case nor a bankruptcy case.

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Intellectual Tech LLC ("Intellectual Tech" or "Appellant") respectfully moves the Court for an extension of time in which to file its Opening Brief. Appellant request that the deadline to file its Opening Brief be moved by thirty days from December 14, 2022, to January 13, 2023. This is Appellant's second request for extension. Appellant has previously received one 30-day extension.

Good cause exists for the requested extension as set forth in the attached Declaration of Timothy J.H. Craddock. On November 4, 2022, this Court issued a pair of opinions that potentially impact the issues on appeal in this case. *See Uniloc USA, Inc. v. Motorola Mobility LLC*, No. 2021-1555, 2022 WL 16704090 (Fed. Cir. Nov. 4, 2022); *Uniloc 2017 LLC v. Google LLC*, No. 2021-1498, 2022 WL 16704091 (Fed. Cir. Nov. 4, 2022). Intellectual Tech requested its initial 30-day extension to provide time to adequately review these recent decisions. Having reviewed these decisions, Intellectual Tech is inclined to dismiss the instant appeal as unnecessary. After the District Court dismissed the underlying case on appeal without prejudice for lack of standing, Intellectual Tech filed a new case against Zebra Technologies Corporation in *Intellectual Tech LLC, et al. v. Zebra Technologies Corporation*, Case No. 6:22-cv-00788-ADA (W.D. Tex.). Zebra filed a Motion to Dismiss for lack of standing in the new case, which is fully briefed and set for hearing on January 4,

2023. Before dismissing the instant appeal, Intellectual Tech requires an order from the District Court addressing any potential collateral estoppel issues. While the District Court's ruling on the second case would not have an impact on the merits of this appeal, a ruling on the issue of collateral estoppel may mean this appeal is unnecessary as the parties can just proceed with the second case. Thus, granting this extension to January 13, 2023, will potentially save both parties considerable time and resources if the appeal proves to be unnecessary.

    Counsel for Appellant has conferred with counsel for Zebra Technologies Corporation (the "Zebra" or "Appellee") and Zebra opposes Appellant's requested extension.

Dated: December 7, 2022

Respectfully submitted,

*/s/ Timothy J.H. Craddock*
Timothy J.H. Craddock
Gary R. Sorden

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
tcraddock@coleschotz.com
nbagley@coleschotz.com

**COUNSEL FOR APPELLANT
INTELLECTUAL TECH LLC**

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 7, 2022, by electronic means using the CM/ECF System, which will serve via email notice of such filing to any of the following counsel registered as CM/ECF users:

William R. Peterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
william.peterson@morganlewis.com

Brent A. Hawkins
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
brent.hawkins@morganlewis.com

James John Kritsas
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
james.kritsas@morganlewis.com

Amanda Scott Williamson
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 500
Chicago, IL 60606
amanda.williamson@morganlewis.com

*Attorneys for Appellee Zebra Technologies Corporation*

December 7, 2022                     */s/ Timothy J.H. Craddock*
                                     Timothy J.H. Craddock

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) or Federal Rule of Appellate Procedure 28.1(e) in that it contains 354 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Federal Circuit Rule 32(b).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Appellate Procedure 28.1(e) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) in that it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Goudy Old Style type.

December 7, 2022                              */s/ Timothy J.H. Craddock*
                                              Timothy J.H. Craddock