

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 18, 2023

2022-2207 - Intellectual Tech LLC v. Zebra Technologies Corporation

# NOTICE OF NON-COMPLIANCE

Your submitted document (Opening Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The case number must be centered at the <u>top</u> of the cover. Fed. R. App. P. 32(a)(2)(A).

- The caption provided on the document does not follow the official caption provided by the Clerk. Fed. Cir. R. 32(a).

- The brief does not contain the patent claims at issue on the inside of the front cover. Fed. Cir. R. 28(a)(12).

- References in the brief to appendix pages must follow the numbering format specified in Fed. Cir. R. 30(b)(4)(E). Refer to "Appendix Page References" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 (Link).

  *[Clerk's Note: APPXAPPX000125 on page 4 is incorrectly formatted.]*

- Page numbers must appear centered in the bottom margin of the page. Fed. Cir. R. 30(c)(2); Fed. Cir. R. 32(e). Refer to the court's Electronic Filing Procedures ("Appendix Formatting").

  *[Clerk's Note: Addendum pages must be centered.]*

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety.

Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").

*[Clerk's Note: Addendum is not fully text-searchable.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: K. Heidrick, Deputy Clerk