NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL TECH LLC,**
*Plaintiff-Appellant*

v.

**ZEBRA TECHNOLOGIES CORPORATION,**
*Defendant-Appellee*

---

2022-2207

---

Appeal from the United States District Court for the Western District of Texas in No. 6:19-cv-00628-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

### O R D E R

Intellectual Tech LLC moves unopposed for leave to submit its corrected opening brief out of time.

The court notes that the submitted corrected opening brief is non-compliant with the rules of this court: (1) the party designations in the caption do not match the official caption, *see* Fed. Cir. R. 32(a); and (2) the addendum page numbers must be centered, *see* Fed. Cir. R. 30(c)(2); Fed. Cir. R. 32(e).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that within seven days of the date of filing of this order, Intellectual Tech is directed to submit a second corrected opening brief correcting the deficiencies identified herein.

FOR THE COURT

February 13, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court