# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL TECH LLC,**
*Plaintiff-Appellant*

**v.**

**ZEBRA TECHNOLOGIES CORPORATION,**
*Defendant-Appellee*

---

2022-2207

---

Appeal from the United States District Court for the Western District of Texas in No. 6:19-cv-00628-ADA, Judge Alan D. Albright.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

May 1, 2024
Date

Jarrett B. Perlow
Clerk of Court